ELIZA MOWSON, Appellant, v. ISAAC N. SALYERDS et al.,
Respondents.

*Mowson* v. *Salyerds*, 115 App. Div. 883, affirmed.
(Argued November 23, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
October 23, 1906, affirming a judgment in favor of defendants
entered upon a dismissal of the complaint by the court on
trial at Special Term in an action to recover damages for and
to abate a nuisance.

*W. Henry Davis* for appellant.

*Clarence W. McKay* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and CHASE, JJ.

---

FRANK MESSINA, Appellant, v. THE UNITED STATES MORTGAGE
AND TRUST COMPANY, as Receiver of the BROOKLYN WHARF
AND WAREHOUSE COMPANY, Respondent.

*Messina* v. *U. S. Mortgage & Trust Co.*, 113 App. Div. 914, affirmed.
(Argued November 23, 1909; decided December 7, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 8, 1906, which reversed a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial and granted a new trial in an action by an employee
to recover for personal injuries alleged to have been sustained
through the master's negligence.

*William Adams Robinson* for appellant.

*Charles I. Oliver* and *Frederick E. Fishel* for respondent.

Order affirmed and judgment absolute ordered against appel-
lant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and CHASE, JJ.